IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | 2:09-cr-00228-KOB-RRA |
| | ] | |
| BRANDON MARNEZ GARDNER, | ] | |
| | ] | |
| Defendant. | ] | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation (doc. 18) recommending that Gardner's "Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3584(c)(2) and Subsequent U.S.S.G. Amendment 660," (doc. 17), be DENIED. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The "Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3584(c)(2) and Subsequent U.S.S.G. Amendment 660" is due to be DENIED. An appropriate order will be entered.

Done this 15th day of November, 2011.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE